### ALDINE MFG. CO. v. WEST SIDE BLDG. CO.

(Supreme Court, Appellate Division, First Department. March 20, 1908.)

Appeal from Special Term, Monroe County.

Action by the Aldine Manufacturing Company against the West Side Building Company. From an order denying a motion to change the place of trial to the county of Monroe, defendant appeals. Reversed.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Benjamin G. Paskus, for appellant.
Chester H. Lane, for respondent.

INGRAHAM, J. The facts appearing on this appeal are substantially the same as those in the case of Aldine Manufacturing Company v. Duffy-McInnerney Company (decided herewith) 109 N. Y. Supp. 596. The action was brought to recover the amount alleged to be due under a contract between the Plymouth Company and the defendant to perform certain work and to furnish materials on a building in

the city of Rochester in the county of Monroe, and the defense is the same.

For the reasons stated in the opinion in that case, I think the order should be reversed, with $10 costs and disbursements, and the motion granted. All concur.